TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00417-CR

NO. 03-98-00418-CR

NO. 03-98-00419-CR

Lanny Eric Guardado, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NOS. 42,553, 45,171 & 48,135, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

These are appeals from judgments of conviction, on pleas of guilty, for aggravated
assault and possession of cocaine with intent to deliver (two cases). The district court assessed
punishment at imprisonment for ten years in the aggravated assault cause, and at imprisonment for
twenty-five years in the possession causes. 

In each cause, appellant's court-appointed attorney filed a brief concluding that the
appeal is frivolous and without merit. Each brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by advancing a contention which counsel says might arguably support the
appeal. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex.
Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State,
485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App.
1969). Copies of counsel's briefs were delivered to appellant, and appellant was advised of his
right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's briefs and agree that the appeals are
frivolous and without merit. In particular, we agree with counsel's determination that any errors
or omissions in the admonishments given at the time appellant pleaded guilty cannot, on the
records before us, be deemed harmful.

The judgments of conviction are affirmed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Affirmed

Filed: March 11, 1999

Do Not Publish